IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUNG D. LEE, *et al.,* | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUPER KING SAUNA NJ, *et al.*, | : | |
| Defendants. | : | No. 11-2710 |

**O R D E R**

**AND NOW**, this 17th day of August, 2011, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) and (3) (Docket No. 7) and Plaintiffs' Answer in Opposition (Docket No. 8), it is hereby **ORDERED** that:

1) This action is **TRANSFERRED** to the District of New Jersey pursuant to 28 U.S.C. § 1406(a);

2) Defendants' Motion to Dismiss is **DENIED** as moot; and

3) The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE